# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3354 | **DATE** | 2/19/2008 |
| **CASE TITLE** | Athena Solomos vs. Town of Cicero, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion of certain defendants to compel discovery [58] stricken without prejudice to renewal following Rule 37 conference. Status date of 3/18/2008 at 9:00 to stand.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|